**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RICHARD DEFAZIO; and RLD TECHNOLOGIES, INC** | : | |
| **Plaintiffs** | : | |
| **v.** | : | **C.A. No. 2005-180-S** |
| **EXPETEC CORPORATION f/k/a COMPUTER DOCTOR INTERNATIONAL, INC,** | : | |
| **Defendant** | : | |

**PLAINTIFFS' FIRST MOTION TO AMEND COMPLAINT**

Plaintiffs hereby move to amend their previously filed complaint and substitute in its place, "Plaintiffs' First Amended Complaint," attached hereto as Exhibit A. There has been no discovery thus far, and Plaintiffs assert that there are no statute of limitations concerns at issue. Plaintiffs' First Amended Complaint adds alternative remedies to several counts, and pleads with more particularity to state their case more succinctly.

Respectfully Submitted,

Plaintiffs Richard DeFazio and
RLD Technologies, Inc.
By Their Attorneys

Michael A. Marciano, Esq. #6486
Kaplan & Kolb Inc.
1100 Turks Head Building
Providence, RI 02903
Telephone: 401-272-9000
Facsimile: 401-272-9020

6

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of May, 2005, I mailed a true copy of the within "Plaintiffs' First Motion to Amend Complaint" via first-class mail, postage prepaid to:

Steven M. Richard, Esq.
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Facsimile)

Joanne H. Turner, Esq.
Mackall Crounse & Moore PLC
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402
(612) 305-1400
(612) 305-1414 (Facsimile)

Michael A. Marciano