**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RICHARD DEFAZIO; and RLD TECHNOLOGIES, INC** | : | |
| **Plaintiffs** | : | |
| **v.** | : | **C.A. No. 2005-180-S** |
| **EXPETEC CORPORATION f/k/a COMPUTER DOCTOR INTERNATIONAL, INC,** | : | |
| **Defendant** | : | |

**PLAINTIFFS' MOTION TO STAY ARBITRATION PROCEEDINGS**

Plaintiffs hereby move to stay any and all proceedings towards the arbitration of this matter. In support of this motion, Plaintiffs state that they have moved to amend the complaint in this case in a manner which casts significant doubt over the case's arbitrability. Plaintiffs are also in the process of objecting to "Defendant's Motion to Dismiss and/or Stay Pending Arbitration" that was received by Plaintiffs' on April 30th 2005. Accordingly, Plaintiff requests that this honorable Court stays any and all arbitration proceedings until such as time as Plaintiffs' motion to amend the complaint, and Defendants' motion to dismiss are decided.

(7)

Respectfully Submitted,

Plaintiffs Richard DeFazio and RLD Technologies, Inc.
By Their Attorneys

Michael A. Marciano, Esq. #6486
Kaplan & Kolb Inc.
1100 Turks Head Building
Providence, RI 02903
Telephone: 401-272-9000
Facsimile: 401-272-9020

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of May, 2005, I mailed a true copy of the within "Plaintiffs' Motion to Stay Arbitration Proceedings" via first-class mail, postage prepaid to:

Steven M. Richard, Esq.
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Facsimile)

Joanne H. Turner, Esq.
Mackall Crounse & Moore PLC
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402
(612) 305-1400
(612) 305-1414 (Facsimile)

Renee R. Mobley
Case Manager
American Arbitration Association
13455 Noel Road Suite 1750
Dallas, TX 75240
(972) 702-8222
(972) 490-9008

Michael A. Marciano