FILED

APR 29 2005

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Richard DeFazio and RLD Technologies, Inc.
Plaintiff(s)

v.

C.A. No. 2005-180-S

Expetec Corporation, f/k/a Computer Doctor International, Inc.
Defendant(s)

## MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE

Plaintiff/Defendant Expetec Corporation hereby moves that Joanne H. Turner be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involved the following complex area of the law, in which _______________ counsel specializes.
- Associate trial counsel's long-standing representation of the client, Expetec Corporation
- The Local trial bar lacks experience in the field of: ________________________________________.
- The case involves complex legal questions under the law of a foreign jurisdiction with which _______________ counsel is familiar, specifically: ________________________________________.
- The case requires extensive discovery in a foreign jurisdiction convenient to associate trial counsel, as follows: Expetec is headquartered in South Dakota, approximately a four-hour drive from associate counsel's offices in Minneapolis
- It is a criminal case, and _________________ counsel is defendant's counsel of choice.
- Other: ________________________________________.

(~~Plaintiff~~/Defendant)
By: Steven M. Richard (#4403)
Attorney for Expetec Corporation

DATED: April 29, 2005

(6)

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of State(s) of Minnesota and of the following Federal District Court and/or Court of Appeals Bars(s) District of Minnesota and United States Court of Appeals for the Eighth Circuit, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time. (If applicant has been sanctioned or disciplined, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district. (If you have appeared or applied for pro hac vice admission, please provide the dates, case names and name of the judge who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and joining in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

| | |
|---|---|
| Joanne H. Turner (signature) | Steven M. Richard (signature) |
| Joanne H. Turner<br>Associate Trial Counsel | Local Associate Counsel<br>Steven M. Richard |
| | #4403<br>R.I. Bar ID # |
| Mackall, Crounse & Moore, PLC<br>Firm Name | Nixon Peabody LLP<br>Firm Name |
| 1400 AT&T Tower<br>901 Marquette Avenue<br>Minneapolis, MN 55402<br>Business Address | One Citizens Plaza<br>Providence, RI 02903<br>Business Address |
| Tel. # 612-305-1484<br>612-305-1414 Fax # | Tel. # (401) 454-1000<br>Fax # (401) 454-1030 |

---

**Order:** This motion is hereby Granted.

WEM (signature)
U.S. District Judge
Date: 5/13/05