AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

Richard DeFazio, and
RLD Technologies, Inc.

v.

Expetec Corporation f/k/a
Computer Doctor
International, Inc.

APPEARANCE

CASE NUMBER: C.A. No. 2005-180-S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Richard DeFazio
RLD Technologies, Inc.

I certify that I am admitted to practice in this court.

6/14/2005
*Date*

*Signature*

Michael A. Marciano
*Print Name*

6486
*Bar Number*

1100 Turks Head Place
*Address*

Providence
*City*

RI
*State*

02903
*Zip Code*

401-272-9000
*Phone Number*

401-272-9020
*Fax Number*

This form was electronically produced by John Eichells and Richard Jones using Omniform Internet Publisher