# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND
# CLERK'S MINUTES

**CASE NUMBER: CA 05-180S** **DATE: June 14, 2005**

**TITLE: RICHARD DEFAZIO, ET AL v. EXPETEC CORPORATION**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Plaintiff: Michael Marciano**

**Defendant: Joanne Turner**
**Steven Richard**

*****************************************************************************

**Proceedings: Defendant's Motion to Dismiss or Stay Pending Arbitration**
**Plaintiffs' Motion to Stay Arbitration and Motion to Amend**

**All counsel of record present. Defendant argues motion to dismiss or stay pending arbitration. Plaintiffs state objection. Defendant responds to the objection. Plaintiffs argue motion to stay arbitration and motion to amend. Defendant states objections. Court takes matters under advisement.**