UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RICHARD DEFAZIO and<br>RLD TECHNOLOGIES, INC.,<br>Plaintiffs, | : | |
| v. | : | CA 05-180 S |
| EXPETEC CORPORATION f/k/a<br>COMPUTER DOCTOR INTERNATIONAL, INC.,<br>Defendant. | : | |

**ORDER DENYING**
**MOTION TO AMEND**

For the reasons stated in the Report and Recommendation dated September 6, 2005, Plaintiffs' First Motion to Amend Complaint (Document #6) is hereby DENIED.

ENTER:

David L Martin

DAVID L. MARTIN
United States Magistrate Judge
September 6, 2005

BY ORDER:

Deputy Clerk