**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RICHARD DEFAZIO; and RLD TECHNOLOGIES, INC** | : | |
| **Plaintiffs** | : | |
| **v.** | : | **C.A. No. 2005-180-S** |
| **EXPETEC CORPORATION f/k/a COMPUTER DOCTOR INTERNATIONAL, INC,** | : | |
| **Defendant** | : | |

**PLAINTIFFS' OBJECTION TO MAGISTRATE'S REPORT AND RECOMMENDATION**

Plaintiffs hereby object to Magistrate Martin's Report and Recommendation, recommending that recommending that Defendant's Motion to Dismiss be granted, and that Plaintiff's Motion to Amend Complaint and Motion to Stay Arbitration be denied.

In support of their Objection, Plaintiffs have filed a Memorandum of Law.

Respectfully Submitted,

Plaintiffs Richard DeFazio and
RLD Technologies, Inc.
By Their Attorneys

Michael A. Marciano, Esq. #6486
Kaplan & Kolb Inc.
1100 Turks Head Building
Providence, RI 02903
Telephone: 401-272-9000
Facsimile: 401-272-9020

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of September, 2005, I mailed a true copy of the within "Memorandum in Support of Plaintiffs' Objection to Defendant's Motion to Dismiss and/or Stay Pending Arbitration" via first-class mail, postage prepaid to:

Steven M. Richard, Esq.
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Facsimile)

Joanne H. Turner, Esq.
Mackall Crounse & Moore PLC
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402
(612) 305-1400
(612) 305-1414 (Facsimile)

Renee R. Mobley
Case Manager
American Arbitration Association
13455 Noel Road Suite 1750
Dallas, TX 75240
(972) 702-8222
(972) 490-9008

Michael D. Madigan, Esq.
Arbitrator
Madigan, Dahl & Harlan, P.A.
701 Fourth Avenue South Suite 1700
Minneapolis, MN 55415
(612) 604-2000
(612) 604-2599 (Facsimilie)
By Facsimile Only by Agreement

[signature]