FILED IN
OPEN COURT

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RICHARD DEFAZIO; and RLD TECHNOLOGIES, INC** | : | |
| **Plaintiffs** | : | |
| **v.** | : | **C.A. No. 2005-180-S** |
| **EXPETEC CORPORATION f/k/a COMPUTER DOCTOR INTERNATIONAL, INC,** | : | |
| **Defendant** | : | |

**WITHDRAWAL OF PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY STAY OF ARBITRATION PROCEEDINGS**

Plaintiffs hereby withdraw their motion to stay any and all proceedings towards the arbitration of this matter. The parties have agreed to suspend the arbitration until after the Court renders a decision on the matters set down for hearing on October 21, 2005.

Respectfully Submitted,

Plaintiffs Richard DeFazio and RLD Technologies, Inc.
By Their Attorneys

[signature]

Michael A. Marciano, Esq. #6486
R. Park Palmer, Jr., Esq. #6944
Kaplan & Associates Inc.
1100 Turks Head Building
Providence, RI 02903
Telephone: 401-272-9000
Facsimile: 401-272-9020

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21 day of October, 2005, I sent a true copy of the within "Plaintiffs' Emergency Motion to Stay Arbitration Proceedings" via hand delivery, facsimile and first-class mail, postage prepaid to:

Steven M. Richard, Esq.
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Facsimile)

Joanne H. Turner, Esq.
Mackall Crounse & Moore PLC
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402
(612) 305-1400
(612) 305-1414 (Facsimile)

Renee R. Mobley
Case Manager
American Arbitration Association
13455 Noel Road Suite 1750
Dallas, TX 75240
(972) 702-8222
(972) 490-9008

[signature]