UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
OCT 21 2005

| | | |
|---|---|---|
| **RICHARD DEFAZIO; and RLD TECHNOLOGIES, INC** | : | |
| **Plaintiffs** | : | |
| **v.** | : | **C.A. No. 2005-180-S** |
| **EXPETEC CORPORATION f/k/a COMPUTER DOCTOR INTERNATIONAL, INC,** | : | |
| **Defendant** | : | |

**WITHDRAWAL OF PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY STAY OF ARBITRATION PROCEEDINGS**

Plaintiffs hereby withdraw their motion to stay any and all proceedings towards the arbitration of this matter. The parties have agreed to suspend the arbitration until after the Court renders a decision on the matters set down for hearing on October 21, 2005.

Respectfully Submitted,

Plaintiffs Richard DeFazio and RLD Technologies, Inc.
By Their Attorneys

GRANTED
William E. Smith
U.S. District Judge
10/25/05

Michael A. Marciano, Esq. #6486
R. Park Palmer, Jr., Esq. #6944
Kaplan & Associates Inc.
1100 Turks Head Building
Providence, RI 02903
Telephone: 401-272-9000
Facsimile: 401-272-9020