UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Richard DeFazio and RLD Technologies, Inc.,

Plaintiff,

v. C.A. No. 2005-180-S

Expetec Corporation, f/k/a Computer Doctor International, Inc.,

Defendant.

# NOTICE OF WITHDRAWAL AS COUNSEL

TO: The parties above-named and their counsel of record.

**NOTICE IS HEREBY GIVEN** pursuant to the Local Rules of the United States District Court for the District of Rhode Island that Tim A. Staum of the law firm of Mackall, Crounse & Moore, PLC, shall be substituted for Joanne Turner, a former member of Mackall, Crounse & Moore, PLC, as lead counsel for Defendant Expetec Corporation, f/k/a Computer Doctor International, Inc., in the above-entitled proceeding. Mr. Staum intends to promptly move for admission *pro hac vice* and file his appearance on behalf of Defendant in this proceeding. Steven M. Richard and the law firm of Nixon Peabody LLP will continue as local counsel for Defendant.

Dated: 12-16, 2005.

Respectfully submitted,

Joanne H. Turner
Assistant Commissioner
Minnesota Supreme Court
305 Minnesota Judicial Center
25 Rev. Dr. Martin Luther King, Jr. Boulevard
St. Paul, MN 55155-6102
(651) 296-6125

MACKALL, CROUNSE & MOORE, PLC

By ______________________
Lawrence R. Commers (#18235)
Tim A. Staum (#190470)
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402-2859
Telephone: (612) 305-1403

NIXON PEABODY LLP

By ______________________
Steven M. Richard (#4403)
Suite 500, One Citizens Plaza
Providence, Rhode Island 02903-1345
(401) 454-1000

**ATTORNEYS FOR DEFENDANT**

TAS/sjn/768052v1

# CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of December, 2005, I mailed a true copy of this withdrawal of appearance via first-class mail, postage prepaid to:

Michael A. Marciano, Esq.
R. Park Palmer, Jr., Esq.
Kaplan & Associates, Inc.
1100 Turks Head Building
Providence, RI 02903