AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

RICHARD DEFAZIO and
RLD TECHNOLOGIES, INC.

V.

EXPETEC CORPORATION f/k/a COMPUTER
DOCTOR INTERNATIONAL, INC.

## JUDGMENT IN A CIVIL CASE

Case Number: C.A. NO. 05-180S

**Jury Verdict.**

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANT AGAINST PLAINTIFFS, RICHARD DEFAZIO AND RLD TECHNOLOGIES, INC., PURSUANT TO THE MEMORANDUM AND ORDER ENTERED ON THIS DATE GRANTING DEFENDANT'S MOTION TO DISMISS.**

January 20, 2006
Date

Clerk

ALBA-SUE MERCURIO
(By) Deputy Clerk